NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>                          Plaintiff,<br>   v.<br><br>JUST BRANDS USA, INC., JUST BRANDS FL, LLC, JUST BRANDS, INC., JUST CBD, LLC, and SSGI FINANCIAL SERVICES, INC..,<br><br>                         Defendants. | Case No. 2:20-CV-04829-ODW (PLAx)<br><br>**ORDER RE: THIRD AMENDED COMPLAINT AND REQUEST TO STAY** |

# ORDER

Having considered the parties' Joint Stipulation (the "Stipulation"), and for good cause shown, the Court **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED in part**;

2. Plaintiff shall file his Third Amended Complaint ("TAC") within **three (3) business days** of this Order; and

3. Defendants' pending motion to dismiss or strike (ECF No. 81) is **mooted** without prejudice to Defendants' filing of the same in response to the Plaintiff's TAC; and

4. The case shall be stayed for **sixty (60) days**, pending the Parties' settlement discussions, after which time the stay will automatically lift. Should the parties be unable to reach an agreement, Defendants' response to Plaintiff's TAC shall be filed no later than **fourteen (14) days** after the stay lifts.

**IT IS SO ORDERED.**

Dated: July 13, 2021

_____
The Honorable Otis D. Wright, II
United States District Judge