# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>JUST BRANDS USA, INC., JUST BRANDS FL, LLC, JUST BRANDS, INC., JUST CBD, LLC, and SSGI FINANCIAL SERVICES, INC.,<br><br>　　　　　　　Defendants. | Case No. 2:20-CV-4829-ODW-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED as modified by the Court (see paragraph 5.4).**

　　　　**IT IS SO ORDERED.**

DATED: January 11, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Paul L. Abrams
　　　　　　　　　　　　　　　　　　　Hon. Paul L. Abrams
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE