JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-04829-ODW (PLAx) | Date | April 4, 2022 |
|---|---|---|---|
| Title | *Miguel Rodriguez v. Just Brands USA, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Unsealed Order DISMISSING Case for Lack of Subject Matter Jurisdiction**

On January 14, 2022, the Court announced a facial and factual inquiry into subject matter jurisdiction and ordered the parties to show cause why the case should not be dismissed for lack of subject matter jurisdiction. (Order to Show Cause ("OSC"), ECF No. 101.) The Court directed the parties to submit briefs and evidence on whether the amount in controversy in this case exceeds $5 million as is required for jurisdiction under the Class Action Fairness Act ("CAFA"). (*Id.*) (Order to Show Cause ("OSC"), ECF No. 101.) The Court received and reviewed Plaintiff's Response to the OSC, (Pl. Resp., ECF No. 109), Defendants' Response to the OSC (Def. Resp., ECF No. 115), and the Applications to Seal and supporting materials filed in connection with the parties' OSC Responses.

As a preliminary matter, the Court notes that on March 11, 2022, Defendants filed an unsealed, redacted portion of Exhibit A in a timely and proper fashion pursuant to the Court's Order Granting Defendants' Motion for Reconsideration of the Court's Order Granting in Part the Applications to Seal. (Ex., ECF No. 122; Order Granting Mot. Reconsideration, ECF No. 118.) The Court finds the record to be complete with respect to sealed documents and accordingly **DISCHARGES** any remaining orders with respect to sealing and sealed documents.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-04829-ODW (PLAx) | Date | April 4, 2022 |
| --- | --- | --- | --- |
| Title | *Miguel Rodriguez v. Just Brands USA, Inc. et al.* | | |

Furthermore, for the reasons stated in the Court's sealed[1] April 1, 2022 Order, a copy of which has been transmitted to counsel for both sides, the Court finds the parties fail to demonstrate that the amount in controversy exceeds $5 million as is required for subject matter jurisdiction under CAFA and accordingly dismisses the case for lack of subject matter jurisdiction.

This case is **DISMISSED**.  The Stipulation to continue the deadline to move for class certification is **DENIED AS MOOT**.  (ECF No. 127.)  The trial and all pretrial dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

|  | : | 00 |
| --- | --- | --- |
| Initials of Preparer | SE | |

---

[1] The April 1, 2022 Order shall remain sealed.  The Court previously found that Defendants' revenue data was confidential information subject to redaction and sealing in these circumstances.  (Mins., ECF No. 116; Order Granting Mot. Recons., ECF No. 118.)  Rodriguez's calculations of the amount in controversy rest fundamentally on Defendants' revenue data, so the Court cannot engage in a meaningful analysis of the amount in controversy without revealing, either expressly or impliedly, this revenue data.  Thus, the entire Order remains sealed.